# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2899

_____

United States of America,     *
    *
       Appellee,     *
    *    Appeal from the United States
     v.     *    District Court for the
    *    District of Minnesota.
Thomas Daniel Trammell, Jr.,     *
    *       [UNPUBLISHED]
       Appellant.     *

_____

Submitted: June 28, 2007
Filed: July 3, 2007

_____

Before COLLOTON, BEAM, and BENTON, Circuit Judges.

_____

PER CURIAM.

Thomas Daniel Trammell, Jr., appeals the 133-month prison sentence the district court[1] imposed after he pleaded guilty to bank robbery in violation of 18 U.S.C. § 2113(a). Trammell argues on appeal that his sentence is unreasonable because it does not adequately take into account his personal characteristics, especially his chronic alcoholism and overstated criminal history.

---

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

Trammell does not dispute the district court's interpretation or application of the Guidelines, including the career-offender provision, see U.S.S.G. § 4B1.1, which resulted in an enhanced imprisonment range of 151-188 months. The record demonstrates that the court considered Trammell's alcoholism, as well as other circumstances of the instant offense and the career-offender predicate offenses. Balancing Trammell's need for treatment with additional relevant 18 U.S.C. § 3553(a) factors, the court determined that a sentence 18 months below the advisory Guidelines range met statutory sentencing goals. We find no abuse of discretion in the court's decision, and conclude that Trammell's sentence is not unreasonable. See United States v. Haack, 403 F.3d 997, 1003-04 (8th Cir. 2005) (standard of review).

Accordingly, the judgment is affirmed.

_____